IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 20-14349-elf |
|---|---|
| TONIA HARPER-GROBES, | Chapter 13 |
| Debtor, | Document No. |
| CONSUMER PORTFOLIO SERVICE, INC., | |
| Movant, | |
| v. | |
| TONIA HARPER-GROBES, and WILLIAM C. MILLER, Trustee, | |
| Respondents. | |

ORDER OF COURT

AND NOW, this **15th day of December, 2020**, upon consideration of the Consumer Portfolio Services, Inc.'s Motion for Relief from the Automatic Stay, it is hereby **ORDERED** that

a. relief from the automatic stay is granted as to the interest of Consumer Portfolio Services, Inc. in the 2014 Chevrolet Malibu Sedan 4D 2LT 2.5L I4, VIN# 1G11E5SLXEF296118 to permit the exercise of its rights against the vehicle under applicable nonbankruptcy law

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**